GEORGE A. MAXWELL AND ANNIE J. MAXWELL, HIS WIFE, APPELLANTS, VS. THE JACKSONVILLE LOAN AND IMPROVEMENT COMPANY, APPELLEE.

Appeal from Circuit Court Duval county.

*A W Cockrell & Son*, for Appellants.

*Young & Barrs*, for Appellee.

The bill in this case was filed by the appellee against the appellants. There was decree for the complainant and the defendants appeal. The decree is affirmed with leave to the appellants to plead to or answer the bill, as they may be advised, within thirty days after

the mandate of this court shall be filed in the court below.

Decision Per Curiam.